FILED & ENTERED

OCT 22 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Svetlana Buzina<br><br><br><br>Debtor(s).<br>―――――――――――――――<br>Arkady Alexsandrovich Buzin, Svetlana Buzina<br><br>Plaintiff(s),<br><br>     v.<br><br>Cardenas Three<br><br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  1:21-bk-10263-MT<br>Adv No:   1:21-ap-01044-MT<br><br><br><br><br>**ORDER REMANDING ADVERSARY PROCEEDING TO STATE COURT**<br><br><br>[No hearing held] |

For the reasons stated on the record at the status conference held in related adversary case *Buzina v. Cardenas Three LLC,* 1:21-ap-01012-MT, held on October 20, 2021, at 1:00 p.m., in Courtroom 302 (via ZoomGov) of the United States Bankruptcy Court, and for good cause appearing,

-1-

**ON THE COURT'S OWN, MOTION IT IS HEREBY ORDERED** that the case of,

*Svetlana Buzina, Arkady Buzin v. Charles Street Investments, Inc., a Wyoming Corporation; Charles Street Investment, LLC, an unknown entity; Inaam Rasheed Naeem, an individual, Shahid Naeem, an individual, Cardenas Three LLC, a California Limited Liability Company, and does 1-50*, Case No. BC 675265 is REMANDED to the Superior Court, Los Angeles County, Central District for all further proceedings.

###

Date: October 22, 2021

Maureen A. Tighe
United States Bankruptcy Judge

-2-